■ ELLA BEUERMAN, Respondent, v. MILDRED BECKER et al., Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Erie Special Term denying defendants' motion for a separate prior trial of the issue of release.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ MARY B. SPENCE, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 33637.) — Judgment modified on the facts by increasing the amount of the award to $27,544.35, and as modified affirmed, with costs to the claimant. Certain findings of fact disapproved and reversed and new findings made. Memorandum: The Court of Claims has awarded the claimant a judgment in the amount of $15,644.35 for damages because of injuries sustained by her. Included in this total the court has specified $11,000 for her personal injuries, pain and suffering and for the permanency and for future pain and suffering; $2,544.35 for damage to her car, medical expense, loss of personal property and miscellaneous expenses; and $2,100 for loss of earnings. We find the award inadequate, particularly the item of $11,000 for her personal injuries, etc., and we increase that award to $17,000, which we find is reasonable and proper. We also find the item of $2,100 for loss of earnings inadequate and find that that award should be increased to $8,000. The total award therefore should be increased to $27,544.35, which we find is the amount of damages sustained by plaintiff because of her injuries. All concur. (Cross appeals from a judgment of the Court of Claims, for claimant in an action for damages for personal injuries and for property damage to claimant's automobile, resulting from negligent condition of State highway.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ DOROTHY ANDRAKA, an Infant, by EDWARD ANDRAKA, SR., Her Guardian ad Litem, Respondent, v. TOWN OF POMPEY, NEW YORK, et al., Appellants. EDWARD ANDRAKA, JR., an Infant, by EDWARD ANDRAKA, SR., His Guardian ad Litem, Respondent, v. TOWN OF POMPEY, NEW YORK, et al., Appellants.— Order affirmed, with costs. All concur. (Appeal from an order of Onondaga County Court affirming two orders of Syracuse Municipal Court setting aside verdicts in favor of plaintiffs and granting a new trial on the ground that the verdicts were inadequate, in negligence actions.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ GEORGE M. BAILEY et al., Respondents, v. HELEN MORMINO, Appellant, et al., Defendant.— Motion to resettle and modify order of reversal and memorandum opinion denied. Goldman, J., not participating. Present — Kimball, J. P., Williams, Bastow and Halpern, JJ.

■ E. R. GRANDA CONSTRUCTION CO., INC., Respondent, v. 4548 MAIN STREET, INC., HENRICH LUMBER INC., Appellant.— Motion granted and appeal dismissed, without costs.

■ ANNE E. MANARD, an Infant, by AGNES MANARD, Her Guardian ad Litem, Appellant, v. JENNIE KINNETT, Respondent, et al., Defendant.— Motion granted and appeal dismissed, without costs. (Order entered as of July 9, 1958.)

■ MORRIS O. POSTON, Plaintiff, v. BUCKEYE PIPE LINE COMPANY et al., Defendants. HERMAN R. OWERS, Plaintiff, v. BUCKEYE PIPE LINE COMPANY et al., Defendants. MARTIN-ROASA TRACTOR AND EQUIPMENT COMPANY, Plaintiff, v. BUCKEYE PIPE LINE COMPANY et al., Defendants.— Appeal of defendant United States of America dismissed, without costs upon stipulation.